**Order issued October 3, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00342-CV

### MICHAEL FOSTER NEEL, M.D.; LESLIE SKINNER WELBORNE, M.D.; AND LIVE OAK OB/GYN, P.A., Appellants

### V.

### TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellee

## ORDER

Before Justices Moseley, Lang-Miers, and Murphy

The Motion for Rehearing and En Banc Reconsideration filed by appellant is hereby OVERRULED.

MARY L. MURPHY
JUSTICE